# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUN 06 2007
LAWRENCE K. BAERMAN, CLERK
ALBANY

_____NORTHERN_____ DISTRICT OF _____NEW YORK_____

UNITED STATES OF AMERICA

v.

**JEREMY M. GOODRIDGE**

## CRIMINAL COMPLAINT

CASE NUMBER: 07-M-___191___ (DRH)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or between _November 2003 and February 2004_ in _Clinton_ county, in the Northern District of New York, and elsewhere, defendant(s) did, (Track Statutory Language of Offense)

**use, and attempt to use, a facility or means of interstate or foreign commerce to knowingly and willfully attempt to persuade, induce, entice, or coerce an individual who has not attained the age of 18 years to engage in a sexual act for which he may be criminally prosecuted**

in violation of Title ___18___ United States Code, Section(s) ___2422(b)___

I further state that I am a(n) _Special Agent with the FBI_ and that this complaint is based on the following facts:
Official Title

    1. On or about August 16, 2004, I interviewed John Doe, who was born in 1988. At the time I interviewed him, he was 15 years of age. During the interview, Doe informed me of the following:
        a. Sometime in November of 2003, he met Jeremy Goodridge on the Internet utilizing America Online. At the time, Doe lived in Clinton County, New York, and Goodridge lived in the State of Vermont;
        b. After meeting Goodridge online, the two thereafter engaged in numerous online and telephone conversations from December 2003, until February of 2004;
        c. During one of their initial conversations, he informed Goodridge that he was 15 years of age.
        d. The two thereafter engaged in online and telephonic conversations of a sexual nature. During these conversations, the two discussed meeting to engage in sexual conduct;
        e. On or about January 5, 2004, Goodridge sent him, via U.S. mail, a picture of his naked erect penis; and
        f. On or about January 7, 2004, Goodridge traveled from the State of Vermont to New York to meet him and the two eventually engaged in oral and anal sex that day. On or about January 11, 2004, Goodridge once again traveled to New York to visit him and the two engaged in oral and anal sex. On or about January 14, 2004, Goodridge again traveled to New York to visit him and the two engaged in oral and anal sex.
    2. Goodridge was born in 1975.
    3. The use of America Online to communicate involves electronic transmissions that travel from the point of destination to the State of Virginia.
    4. New York State Penal Law, Section 130.40 (2) defines the crime of Criminal Sexual Act in the Third Degree as follows: " A person is guilty of criminal sexual act in the third degree when ...2. Being twenty-one years old or more, he or she engages in oral sexual conduct or anal sexual conduct with a person less than seventeen years old."

Continued on the attached and made a part hereof.     ___ Yes  _x_ No

Signature of Complainant
Stephan F. Weishaupt
Special Agent, FBI

Sworn to before me, and subscribed in my presence,
_June 6, 2007_                                                at              _Albany, New York_
    Date                                                                            City and State

_Mag. Judge Randolph F. Treece_
Name and Title of Judicial Officer                                      Signature of Judicial Officer