CLOSED

# U.S. District Court
## District of New Hampshire (Concord)
## CRIMINAL DOCKET FOR CASE #: 1:07-mj-00033-JM All Defendants
## Internal Use Only

| | |
|---|---|
| Case title: USA v. Goodridge | Date Filed: 06/07/2007 |
| Other court case number: 07-M-191 (DRH) Northern District of NY, Albany | Date Terminated: 06/08/2007 |

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 1 3 2007

LAWRENCE K. BAERMAN, CLERK
ALBANY

Assigned to: Magistrate Judge James R.
Muirhead

**Defendant**

**Jeremy M. Goodridge** (1)
*TERMINATED: 06/08/2007*

represented by **Bjorn R. Lange**
Federal Defender's Office
The Ralph Pill Building
22 Bridge St
Concord, NH 03301
603 226-7360
Email: bjorn_lange@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

**Disposition**

**Disposition**

**Disposition**

ECF DOCUMENT
CERTIFIED TO BE A TRUE COPY OF A DOCUMENT
ELECTRONICALLY FILED IN USDC-NH
JAMES R. STARR, CLERK  6/8/07
BY:
DEPUTY CLERK

18:2422(b) USE, AND ATTEMPT TO
USE, A FACILITY OR MEANS OF
INTERSTATE OR FOREIGN
COMMERCE TO KNOWINGLY AND
WILLFULLY ATTEMPT TO
PERSUADE, INDUCE, ENTICE, OR
COERCE AN INDIVIDUAL WHO
HAS NOT ATTAINED THE AGE OF
18 YEARS TO ENGAGE IN A
SEXUAL ACT FOR WHICH HE MAY
BE CRIMINALLY PROSECUTED.

**Plaintiff**

**USA**                           represented by   **Robert M. Kinsella**
                                                   US Attorney's Office (NH)
                                                   53 Pleasant St, 4th Flr
                                                   Concord, NH 03301-0001
                                                   603 225-1552
                                                   Email: robert.kinsella@usdoj.gov
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2007 | ❏ | REMOVAL Documents transferred to USDC-New York, Northern District as to Jeremy M. Goodridge. Original documents 1-6 and certified copy of docket sheet sent certified mail, return receipt requested no. 7004 1160 0005 9762 3128. (jgb) (Entered: 06/08/2007) |
| 06/07/2007 | ❏ | Minute Entry for proceedings held before Judge James R. Muirhead : REMOVAL HEARING as to Jeremy M. Goodridge held on 6/7/2007; Defendant released on conditions; waived preliminary hearing; ordered to report to NDNY 6/12/07. (Tape #2:59) (Govt Atty: Robert Kinsella) (Defts Atty: Bjorn Lange) (USP: Jodi Lines, Janice Benard)(Total Hearing Time: :04) (jgb) (Entered: 06/07/2007) |
| 06/07/2007 | ❏6 | **ORDER Setting Conditions of Release as to Jeremy M. Goodridge. So Ordered by Judge James R. Muirhead. (jgb) (Entered: 06/07/2007)** |
| 06/07/2007 | ❏5 | **ORDER OF HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION as to Jeremy M. Goodridge to District of New York, Northern District on 6/12/07 11:00 AM with probation and 1:30 Ctrm 443. So Ordered by Judge James R. Muirhead. (jgb) (Entered: 06/07/2007)** |
| 06/07/2007 | ❏4 | WAIVER of Preliminary Examination or Hearing by Jeremy M. Goodridge. (jgb) (Entered: 06/07/2007) |

| 06/07/2007 | ❍ | **ENDORSED ORDER approving <u>3</u> Motion to Appoint Counsel as to Jeremy M. Goodridge (1).** *Text of Order: Request Approved. Appoint counsel.* **So Ordered by Judge James R. Muirhead. (jgb)** (Entered: 06/07/2007) |
|---|---|---|
| 06/07/2007 | ❍<u>3</u> | MOTION to Appoint Counsel with Financial Declaration by Jeremy M. Goodridge. *Original document available in clerks office.*(jgb) (Entered: 06/07/2007) |
| 06/07/2007 | ❍<u>2</u> | **ORDER APPOINTING FEDERAL DEFENDER as to Jeremy M. Goodridge. Bjorn R. Lange for Jeremy M. Goodridge appointed. Signed by Clerk James R. Starr.(jgb)** (Entered: 06/07/2007) |
| 06/07/2007 | ❍<u>1</u> | COPY of Warrant and Complaint from District of Northern District of NY, Case No. 07-M-191 (DRH) (jgb) (Entered: 06/07/2007) |
| 06/07/2007 | ❍ | Arrest (Removal) of Jeremy M. Goodridge. (jgb) (Entered: 06/07/2007) |

# MAGISTRATE COURTROOM MINUTES

| | |
|---|---|
| **Judge:** _JRM_ | **Date:** _6/7/07_ |
| **Courtroom Deputy:** _JS_ | **Tape No.** _2:59_ |
| **Case: USA v.** _Jeremy M Goodridge_ | **Case No.** _07mj33_ |
| **AUSA:** _Robert Kinsella_ | **Deft's Atty:** _Jennifer Brown_ |
| **USP:** _J Lines_ | **Interpreter:** _Bjorn Lange_ |
| _D Benard_ | |

**(Defendant)**
- ☑ Sworn
- ☑ Financial Affidavit approved
- ☑ Advised of Rights
- ☑ Advised of Charges

**Criminal Case**
- ☐ Initial Appearance
- ☐ Arraignment
- ☐ Waived Reading of Indictment
- ☐ Pled Not Guilty to Counts: _____
- Trial Date: _____
- Est._____ Complex: Yes ☐ No ☐

**Magistrate Case**
- ☐ Initial Appearance
- ☐ Preliminary Exam
  - ☐ Hearing held - ☐ Probable Cause Found
  - ☐ Waived
  - ☐ Scheduled for: _____

**Bail Revocation**
- ☐ Initial Appearance
- ☐ Revocation hearing
  - ☐ Held - ☐ Probable Cause Found
  - ☐ Scheduled for: _____
- ☐ Violation(s) admitted
- ☐ Bail revoked, defendant detained

**Preliminary Probation Revocation Hearing**
- ☐ Initial Appearance
- ☐ Preliminary Hearing
  - ☐ Held - ☐ Probable Cause Found
  - ☐ Waived
  - ☐ Scheduled for:
- ☐ Revocation Hearing scheduled for: _____

**(Detention/Bail)**
- ☐ Govt's proffer re detention / deft's argument
- ☐ Deft's proffer re release / govt's argument
- ☐ Defendant detained, order to issue
- ☐ Upon motion of ☐ govt / ☐ deft - hearing scheduled for: _____
- ☐ Defendant stipulates to detention
- ☑ Defendant released on conditions (see back)
- ☐ Bail continued as previously set

**(Removal Hearing/Rule 5)**
- ☑ Initial Appearance
- ☑ Identity Hearing
  - ☐ Held - Identity established
  - ☑ Waived ☑ detention hearing/preliminary hearing to be held in prosecuting district
  - ☐ Scheduled for: _____
- ☑ Preliminary Exam/Hearing (if applicable)
  - ☐ Hearing held - ☐ Probable Cause Found
  - ☐ Waived
  - ☐ Scheduled for: _____

## WITNESSES

_____

_____

_____

## REMARKS

_TO APPEAR 6/12/07 1:00 USP_
_ALBANY NY_

_____

| | |
|---|---|
| **In-court time:** _2:59 — 3:03_ | **Evidence:** ☐ Yes ☑ No |

# SPECIAL CONDITIONS OF RELEASE

☑ Report to Pretrial Services
☑ Maintain/seek employment
☑ Travel restricted to: ~~NH~~ *NV & UT*
    Any other travel must be preapproved by USP
☑ Surrender passport/Obtain no passport
☑ Surrender firearms/Refrain from firearms
☑ Random urinalysis
☑ Refrain from obstructing substance testing device(s)
☐ Maintain a    ☐ mental health program
              ☐ drug treatment program
☑ Participate in ☐ mental health program
              ☑ drug treatment program
              ☐ deft detained until placed in program
☑ Refrain from use of alcohol *ANY*
☑ Refrain from use/possession of narcotic drugs
☑ Report any contact with law enforcement

☑ Avoid contact with victims and/or witnesses: _____
☑ No unsupervised contact with minor children
☑ Home confinement
     ☑ Curfew: _____
     ☐ Home detention
     ☑ Electronic monitoring *PAY AS ABLE*
☐ Third-Party Custodian: _____
                       _____

☑ Other: *NO COMPUTER access*
_____

**Bond Set:**
☐ Personal Recognizance
☐ Unsecured in the amount of _____
☐ Secured in the amount of _____

☑ Defendant advised of penalties for failure to appear and violation of conditions of release.

**U.S. DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

JUN 07 2007

**FILED**

# UNITED STATES DISTRICT COURT
## District of New Hampshire

UNITED STATES OF AMERICA

v.

*Jeremy M. Goodridge*

Defendant

### ORDER SETTING CONDITIONS
### OF RELEASE

Case Number: _07mj33_

IT IS ORDERED that the release of the defendant is subject to the following conditions:

☒     The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

☒     The defendant shall immediately advise the court, defense counsel, and the U.S. Attorney in writing before any change in address and telephone number.

☒     The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed or as directed.

☐     The defendant shall appear at U.S. District Court, 55 Pleasant St., Concord, NH on _____ _____at _____ for _____ and when and where as ordered by the Court.

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

☐     The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

☐     The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($_____ ) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐    The defendant is placed in the custody of:

    _____

    _____

    _____ Tel: _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
                      Custodian or Proxy

☑ The defendant shall:
- ☑ report on a regular basis to the supervising officer.
- ☑ maintain or actively seek employment.
- ☑ refrain from possessing a firearm, destructive device, or other dangerous weapons.
- ☑ surrender any firearm(s) to Clerk, U.S. District Court, 55 Pleasant St., Concord, NH.
- ☑ surrender any passport to Clerk, U.S. District Court, 55 Pleasant St., Concord, NH.
- ☑ obtain no passport.
- ☑ submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
- ☑ refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
- ☑ participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
- ☐ defendant detained until he/she can be released directly into an inpatient treatment facility.
- ☑ restrict travel to the State(s) of New Hampshire *& Vermont* . Any other travel must be pre-approved by the pretrial services office or the supervising officer.
- ☑ avoid all contact, directly or indirectly, with any persons who are or who may become ~~a victim~~ or potential witness in the subject investigation or prosecution, ~~including but not limited to:~~ *the court* ~~& no unsupervised contact with minors~~
- ☑ have no unsupervised contact with any minor children.
- ☑ refrain from [☑] any [ ] excessive use of alcohol.
- ☑ participate in the following home confinement program components and abide by all the requirements of the program:
  - ☑ Curfew: You are restricted to your residence every day [ ] from _____ to _____, or [☑] as directed by the pretrial services office or supervision officer, or

☑ Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or

☐ Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

☑ the home confinement program will include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

☑ refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

☐ undergo medical or psychiatric treatment and/or remain in an institution as follows:_____
_____.

☐ execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property: _____.

☐ post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: _____.

☐ execute a bail bond with solvent sureties in the amount of $_____.

☐ return to custody each (week)day as of _____ after being released each (week)day as of _____ for employment, schooling or the following limited purpose(s) _____
_____.

☐ maintain or commence an education program.

☐ maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

☑ report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

☑ Other: _____No computer access_____
_____
_____.

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a federal offense while on pre-trial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony, or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment or a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to 10 years of imprisonment and a $250,000 fine or both to tamper with a witness, victim, or informant; to retaliate or attempt to retaliate against a witness, victim, or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) on offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 6-7-07

_____
Signature of Defendant

186 S. Pomfrot
_____
Street Address

05067                    602-738-2005
_____
City, State, Zip Code          Telephone

## Directions to United States Marshal

☐  The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

☑  The defendant is ORDERED released after processing.

Date: 6/7/07

_____
☑  United States Magistrate Judge
☐  United States District Judge

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 07 2007

**FILED**

United States of America

v.

Jeremy M. Goodridge

Case Number: _07 mj 33_

Charging District
Case Number: _07-m-191-(DRH)_

## ORDER OF HOLDING DEFENDANT TO ANSWER
## AND TO APPEAR IN DISTRICT OF PROSECUTION
## OR DISTRICT HAVING PROBATION JURISDICTION

The defendant having appeared before this Court pursuant to Rule 5, Fed. R. Crim. P., and

proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for

the District of _New York ND, Albany_ and shall appear at all proceedings as

required. The defendant shall next appear:

11ºº w/ US Probation
Rm 103

Where: _445 Broadway, Albany, NY 1³º Ctrm 443_

When: _June 12 2007_

Date: _6/7/07_

_James P. Muirhead_

☐ United States Magistrate Judge
☐ United States District Judge

cc:   U.S. Attorney
      U.S. Marshal
      U.S. Probation

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 07 2007

**FILED**

United States of America

v.

*Jeremy M. Goodridge*

**WAIVER OF REMOVAL HEARINGS**
**(All Criminal Cases)**

Magistrate Case Number: *07 Mj 33*

I understand that charges are pending in the District of *Northern N.Y.* alleging violation of *18 - 2422 (b)* and that I have been arrested in this district and taken before a Judge, who has informed me of the charge(s) and my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)    an identity hearing to determine if I am the person named in the charge; and

*- Check one only -*

[ ]    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3)    a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution; and
(4)    request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

[ ]    **PROBATION OR SUPERVISED RELEASE CASES:**

(3)    a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and
(4)    a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

[ ]    identity hearing

[ ]    preliminary hearing

[ ]    identity hearing and have been informed I have no right to a preliminary hearing

[X]    identity hearing but request a preliminary hearing be held in the prosecuting district and waive my right to have this hearing take place within 10 days of this date. I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

[ ]    request detention hearing be held in the prosecuting district.

_____*6-7-07*_____
Date

_____
Defendant

_____
Defense Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 07 2007

MAILED FILED

**IN RE THE MATTER OF:**

_Jeremy M. Goodridge_
**(Petitioner's name)**

Case No. _07-M-191_
**(If known)** _07 Mj 33_

## REQUEST FOR APPOINTMENT OF COUNSEL

I, _Jeremy M Goodridge_
(name)

respectfully request appointment of counsel to represent me as a

☐ grand jury target     ☒ criminal defendant
☐ grand jury witness    ☐ trial witness

☐ other: _____

_____

     I am financially unable to hire counsel. A completed Financial Affidavit is

attached.

     I declare under penalty of perjury that the foregoing is true and correct.

Date: _6/7/07_         _____
                                  Signature of Petitioner

| NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS: In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena. |
| --- |

### RULING BY JUDICIAL OFFICER

☑ Request Approved. Appoint counsel.

☐ Request Denied.

Date: _6/7/07_        _James E. Muirhead_
                                     U.S. Magistrate Judge

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

# FINANCIAL DECLARATION

CASE # AND NAME: _USA v Jeremy M Goodridge_

NAME: _Jeremy M. Goodridge_     PHONE #: _802 738 2005_

ADDRESS: _Twin Farms South Royalton Turnpk_ MARRIED:   YES [ ]   NO [X]

_Barnard, Vt._     NUMBER OF DEPENDENTS: _0_

**WARNING:** The information you provide in order to obtain court-appointed representation is subject to the following limitations:

(1) The attorney/client privilege may not apply;

(2) The information is subject to being filed with the Court for future examination by the United States Attorney;

(3) A false or dishonest answer could be punished as a crime; and

(4) The form must be signed under penalty of perjury.

## ASSETS

**I. INCOME**

EMPLOYER'S NAME: _Twin Farms_

MONTHLY WAGES:  Gross _$9,900_   Net _$9,000_

WELFARE: _____   SOCIAL SECURITY (Amount Rec'd): _____

PENSION: _____   OTHER: _____

SPOUSE'S EMPLOYER: _NA_

MONTHLY WAGES:  Gross _____   Net _____

WELFARE: _____   SOCIAL SECURITY (Amount Rec'd): _____

PENSION: _____   OTHER: _____

**II. PROPERTY**

| REAL ESTATE | VALUE | MORTGAGE | NET |
|---|---|---|---|
| 1. HOME | | | |
| 2. OTHER | | | |
| 3. OTHER | | | |

| VEHICLES | VALUE | OWED | NET |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

**III. OTHER ASSETS**

| | | | |
|---|---|---|---|
| 1. CASH ON HAND | 360 | 6. JEWELRY | |
| 2. CHECKING ACCOUNT | 1.20 | 7. STOCKS | |
| 3. SAVINGS ACCOUNT | — | 8. BONDS | |
| 4. CREDIT UNION | — | 9. OTHER | |
| 5. ACCOUNTS RECEIVABLE | — | | |

**(COMPLETE REVERSE SIDE)**

**LIABILITIES**

**I. REAL ESTATE**

| LENDER | TOTAL OWED | MONTHLY PAYMENTS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**II. MOTOR VEHICLES**

| LENDER | TOTAL OWED | MONTHLY PAYMENTS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**III. GENERAL DEBTS**

| LENDER | TOTAL OWED | MONTHLY PAYMENTS |
|---|---|---|
| 1. Credit Cards | 1,400 | 150 |
| 2. Gifford Hospital | 814,000 | 150 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

**IV. HOUSEHOLD EXPENSES**

| | | | | |
|---|---|---|---|---|
| 1. TELEPHONE | 70 | 8. GROCERIES | 300 |
| 2. UTILITIES | 200 | 9. MEDICAL/DENTAL | 210 |
| 3. CHILD SUPPORT | — | 10. SCHOOL | |
| 4. ALIMONY | — | 11. CHURCH | — |
| 5. CLOTHES | 70 | 12. TAXES | — |
| 6. TRANSPORTATION | 85 | 13. RENT | 450 |
| 7. INSURANCE | — | 14. OTHER | |

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

_6-7-07_
**DATE**

**SIGNATURE**

**REQUEST APPROVED: ( )**    **REQUEST DISAPPROVED: ( )**

**Date:** _____

_____
United States Magistrate Judge
United States District Judge

USDCNH-15 (Rev 11-04) (Previous editions obsolete)

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                    Case No. 07-mj-33-01

Jeremy M. Goodridge


APPOINTMENT OF FEDERAL DEFENDER


The financial inability of the defendant to retain counsel having been established by the

Court, it is hereby

ORDERED that Bjorn R. Lange, Assistant Federal Defender, be appointed to represent said

defendant in this cause until further order of the Court.

By the Court,


June 7, 2007                          /s/ Janice G. Bushold
                                      Janice G. Bushold
                                      Deputy Clerk


cc:     U.S. Attorney
        Bjorn R. Lange, Assistant Federal Defender
        U.S. Marshal
        U.S. Probation

07mj33

# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 06 2007

LAWRENCE K. BAERMAN, CLERK
ALBANY

NORTHERN _____ DISTRICT OF _____ NEW YORK

UNITED STATES OF AMERICA

v.

JEREMY M. GOODRIDGE

# CRIMINAL COMPLAINT

CASE NUMBER: 07-M- 191 (DRH)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or between __November 2003 and February 2004__ in __Clinton__ county, in the Northern District of New York, and elsewhere, defendant(s) did, (Track Statutory Language of Offense)

use, and attempt to use, a facility or means of interstate or foreign commerce to knowingly and willfully attempt to persuade, induce, entice, or coerce an individual who has not attained the age of 18 years to engage in sexual act for which he may be criminally prosecuted

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 07 2007

FILED

in violation of Title ___18___ United States Code, Section(s) _____2422(b)_____

I further state that I am a(n) __Special Agent with the FBI__ and that this complaint is based on the following facts:
Official Title

1. On or about August 16, 2004, I interviewed John Doe, who was born in 1988. At the time I interviewed him, he was 15 years of age. During the interview, Doe informed me of the following:
   a. Sometime in November of 2003, he met Jeremy Goodridge on the Internet utilizing America Online. At the time, Doe lived in Clinton County, New York, and Goodridge lived in the State of Vermont;
   b. After meeting Goodridge online, the two thereafter engaged in numerous online and telephone conversations from December 2003, until February of 2004;
   c. During one of their initial conversations, he informed Goodridge that he was 15 years of age.
   d. The two thereafter engaged in online and telephonic conversations of a sexual nature. During these conversations, the two discussed meeting to engage in sexual conduct;
   e. On or about January 5, 2004, Goodridge sent him, via U.S. mail, a picture of his naked erect penis; and
   f. On or about January 7, 2004, Goodridge traveled from the State of Vermont to New York to meet him and the two eventually engaged in oral and anal sex that day. On or about January 11, 2004, Goodridge once again traveled to New York to visit him and the two engaged in oral and anal sex. On or about January 14, 2004, Goodridge again traveled to New York to visit him and the two engaged in oral and anal sex.
2. Goodridge was born in 1975.
3. The use of America Online to communicate involves electronic transmissions that travel from the point of destination to the State of Virginia.
4. New York State Penal Law, Section 130.40 (2) defines the crime of Criminal Sexual Act in the Third Degree as follows: " A person is guilty of criminal sexual act in the third degree when ...2. Being twenty-one years old or more, he or she engages in oral sexual conduct or anal sexual conduct with a person less than seventeen years old."

Continued on the attached and made a part hereof. ___ Yes _x_ No

Signature of Complainant
Stephan F. Weishaupt
Special Agent, FBI

Sworn to before me, and subscribed in my presence,
__June 6, 2007__ at
Date

__Albany, New York__
City and State

Mag. Judge Randolph F. Treece
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

Jeremy M. Goodridge

## WARRANT FOR ARREST

CASE NUMBER: 07-MJ 191 DRH

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest _____ **Jeremy M. Goodridge** _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Notice

charging him or her with (brief description of offense)

using a facility or means of interstate or foreign commerce to knowingly and willfully attempt to persuade, induce, entice, or coerce an individual who has not attained the age of 18 years to engage in a sexual act for which he may be criminally prosecuted

in violation of Title _18_ United States Code, Section(s) _____ 2422(b) _____

RANDOLPH F. TREECE
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Bail fixed at $ _____ by _____

UNITED STATES MAGISTRATE JUDGE - N.D.N.Y.
Title of Issuing Officer

_June 6, 2007, ALBANY, NY_
Date and Location

Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
WARREN B. RUDMAN U.S. COURTHOUSE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
James R. Starr
Clerk of Court

Telephone
603-225-1423

June 8, 2007

Clerk, U.S. District Court
Northern District of New York
445 Broadway , Rm 509
Albany, NY  12207-2924

Re:    NH Case No. :07-mj-33-01-JM, USA v. Jeremy M. Goodridge
        Your Case No.:   07-m-191 (DRH)

The above case has been  sent to your jurisdiction pursuant to Rule 5.

We enclose the following items:

       certified copy of the docket sheet
       original file
       copy of courtroom minutes

Please acknowledge receipt on the copy of this letter provided and return in the reply
envelope enclosed.

Very truly yours,

James R. Starr, Clerk

By:
    Janice G. Bushold
    Deputy Clerk

Enclosures

cc:    Robert Kinsella, Esq.
        Bjorn Lange, Esq.