UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| v. | |
| Jeremy M. Goodridge | CASE NUMBER: 07-MJ 191 DRH |

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 1 5 2007

LAWRENCE K. BAERMAN, CLERK
ALBANY

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ____Jeremy M. Goodridge____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Notice

charging him or her with (brief description of offense)

using a facility or means of interstate or foreign commerce to knowingly and willfully attempt to persuade, induce, entice, or coerce an individual who has not attained the age of 18 years to engage in a sexual act for which he may be criminally prosecuted

in violation of Title _18_ United States Code, Section(s) ____2422(b)____

RANDOLPH F. TREECE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ _____

UNITED STATES MAGISTRATE JUDGE - N.D.N.Y.
Title of Issuing Officer

June 6, 2007, ALBANY, NY
Date and Location

by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received 6/11/07 | Name and Title of Arresting Officer James Nichols DIS— | Signature of Arresting Officer [signature] |
| Date of Arrest 6/11/07 | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME _____Jeremy M. Goodridge_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____Twin Farms Resort, Barnard, Vermont_____

PLACE OF BIRTH: _____Texas_____

DATE OF BIRTH: _____9/10/75_____

SOCIAL SECURITY NUMBER: _____ -1010 _____
HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____Tiger tattoo on shoulder_____

FBI NUMBER: _____305B-AL-46289_____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____