U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

DEC 13 2007

LAWRENCE K. BAERMAN, CLERK
~~ALBANY~~

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of ~~Vermont~~

| UNITED STATES OF AMERICA<br>V.<br><br>JEREMY GOODRIDGE | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 2:07-MJ-104-1 | 1:07-M-191-001 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☐ Complaint  ☑ Other (specify) Declaration of Probation Officer

charging a violation of          U.S.C. §

**DISTRICT OF OFFENSE**
Northern District of New York

**DESCRIPTION OF CHARGES:**
Violation of Conditions of Release

*December 10, 2007*

[Certification stamp: the foregoing is a full, true and correct copy of the original on file in my office, and in my legal custody.
RICHARD PAUL WASKO
Clerk, U.S. District Court
District of Vermont
BY: _____ Deputy Clerk]

**CURRENT BOND STATUS:**

☐ Bail fixed at $ _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☑ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☑ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

Interpreter Required?  ☑ No   ☐ Yes    Language:

**DISTRICT OF**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

12/10/07
Date                                United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

CERTIFIED
COPY  12-6-07

# UNITED STATES DISTRICT COURT

DISTRICT OF _____Vermont_____

UNITED STATES OF AMERICA

V.

__Jeremy Goodridge__
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:07 MJ-104-1

CHARGING DISTRICTS
CASE NUMBER: 1:07-M-191-001

I understand that charges are pending in the __Northern__ District of __New York__ alleging violation of __Using a Facility to Entice a Minor__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

(✓) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

Dec. 6, 2007
Date

_____
Defense Counsel

I hereby attest and certify on __December 10, 2007__ that the foregoing document is a full, true and correct copy of the original on file in my office, and in legal custody.

RICHARD PAUL _____
Clerk, U.S. D_____
District of V_____

BY: _____
Deputy Clerk

CERTIFIED COPY

CLOSED

# U.S. District Court
## District of Vermont (Burlington)
### CRIMINAL DOCKET FOR CASE #: 2:07-mj-00104-wks All Defendants
### Internal Use Only

Case title: USA v. Goodridge  
Other court case number: 1:07-M-191-001 USDC-NDNY

Date Filed: 12/06/2007  
Date Terminated: 12/10/2007

Assigned to: William K. Sessions III

**Defendant (1)**

**Jeremy Goodridge**  
*TERMINATED: 12/10/2007*

represented by **FPD**  
Office of the Federal Public Defender  
District of Vermont  
126 College Street, Suite 410  
Burlington, VT 05401  
(802) 862-6990  
*TERMINATED: 12/06/2007*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Michael L. Desautels**  
Office of the Federal Public Defender  
126 College Street, Suite 410  
Burlington, VT 05401  
(802) 862-6990  
Email: michael.desautels@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

I hereby attest and certify on December 10, 2007 the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.  
RICHARD PAUL WASKO  
Clerk, U.S. District Court  
District of Vermont  
BY: _____  
Deputy Clerk

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Disposition**

| .ninated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

USA       represented by   **Timothy C. Doherty, Jr.**
                           Office of the United States Attorney
                           P.O. Box 570
                           Burlington, VT 05402-0570
                           (802) 951-6725
                           Email: Timothy.C.Doherty@usdoj.gov
                           *LEAD ATTORNEY*
                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/10/2007 |   | (Court only) ***Staff Note as to Jeremy Goodridge: Copy of Docket, Doc 5 and Doc 6 mailed to N.D. of New York. (jam) (Entered: 12/10/2007) |
| 12/10/2007 |   | (Court only) ***Set CLOSED Flag as to Jeremy Goodridge (jam) (Entered: 12/10/2007) |
| 12/10/2007 |   | (Court only) ***Terminated defendant Jeremy Goodridge, pending deadlines, and motions. (jam) (Entered: 12/10/2007) |
| 12/10/2007 |   | (Court only) ***Staff Note as to Jeremy Goodridge: certified copy of 10 to USMS (jam) (Entered: 12/10/2007) |
| 12/10/2007 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Jeremy Goodridge. Defendant committed to District of Northern District of NY. Signed by Judge William K. Sessions III on 12/10/07. (jam) (Entered: 12/10/2007) |
| 12/06/2007 | 5 | WAIVER of Rule 5(c)(3) Hearing by Jeremy Goodridge (jam) (Entered: 12/10/2007) |
| 12/06/2007 | 4 | MINUTE ENTRY for proceedings held before Judge William K. Sessions III: Initial Appearance in Rule 5(c)(3) Proceedings as to Jeremy Goodridge held on 12/6/2007. Dft present w/ counsel M. Desautels; T. Doherty present for govt. Court makes inquiries regarding the Pretrial Services Report. Dft waives Rule 5 and 5.1 hearing. Court accepts waiver. Dft concedes to |

|  |  | violation. Statements regarding detention or release. ORDERED: dft to be detained pending transfer back to the NDNY for a preliminary hearing. (Court Reporter: Nichols) (jam) (Entered: 12/10/2007) |
| --- | --- | --- |
| 12/06/2007 | 3 | NOTICE OF APPEARANCE: Michael L. Desautels appearing for Jeremy Goodridge (Desautels, Michael) (Entered: 12/06/2007) |
| 12/06/2007 | 2 | ORDER OF APPOINTMENT: FPD for Jeremy Goodridge appointed. (law) (Entered: 12/06/2007) |
| 12/06/2007 | 1 | RULE 5(c)(3) Documents Received as to Jeremy Goodridge from Northern District of New York. (Attachments: # 1 USDC-NDNY Docket Sheet)(law) (Entered: 12/06/2007) |