UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

**JEREMY M. GOODRIDGE**,
                    Defendant(s).

**O R D E R  OF  DISMISSAL**

Criminal No.07-M-191 (RFT)

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses the charges against **JEREMY M. GOODRIDGE** contained in Complaint No. 07-M-191 (RFT), filed on June 6, 2007. The prosecution in this matter was ultimately handled by the Clinton County District Attorney's Office. The defendant pled guilty to a felony, Criminal Sex Act in the Third Degree, and he was sentenced to 6 months incarceration and 10 years probation.

Dated: October 1, 2008
       Albany, New York

ANDREW T. BAXTER
ACTING U.S. ATTORNEY

By:  s/ Thomas Spina Jr.
     Assistant U. S. Attorney
     Bar Roll No. 102653
     United States Attorneys Office
     James T. Foley U.S. Courthouse
     445 Broadway
     Albany, N.Y. 12207
     Telephone: (518)431-0247
     Fax: (518)431-0249
     E-mail: Thomas.Spina@usdoj.gov

cc:  Hon. Lawrence K. Baerman, Clerk
     U.S. District Court Clerk, Albany          (Electronic filing)

     Paul Evangelista, Esq.                     (Electronic service)
     Assistant Federal Public Defender
     39 North Pearl Street, 5th Floor
     Albany, N.Y. 12207

* * *

Leave of Court is granted for the filing of the foregoing dismissal.

*It is so ordered:*

Dated: October      , 2008
       Albany, New York                         Hon. Randolph F. Treece
                                                U.S. Magistrate Judge